

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-20-00197-CR, 04-20-00198-CR & 04-20-00199-CR

Rosalinda **OLALDE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2019CR2149, 2019CR2151, 2019CR2152
Honorable Jennifer Pena, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgments are AFFIRMED.

SIGNED August 18, 2021.

_____
Luz Elena D. Chapa, Justice